UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,  :   07 CR. 03   (BSJ)

        -v-  :   ORDER

DAKWAN EDWARDS,
MARQUISH JONES,
MARK HART,
RAHEEM TUCKER,
DEMETRI YOUNG,
CHRIS DIAZ,
ANTHONY DIAZ,
PAUL LOVE,
AARON BIRCH,
KEVIN BECKFORD,
JERMELL FALZONE,
                  Defendants.  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

BARBARA S. JONES,
United States District Judge:

    IT IS HEREBY ORDERED that the status conference scheduled for April 24, 2008 at 2PM for the above-named defendants is moved to **11AM**.

    SO ORDERED.

Dated:   New York, New York
          April 21, 2008

                                  _____
                                    BARBARA S. JONES
                            United States District Judge